# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Vijay Patel

                Plaintiff,

v.                                 Case No.: 1:06−cv−02834
                                          Honorable Harry D. Leinenweber

Arvind Patel

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2006:

      MINUTE entry before Judge Harry D. Leinenweber : The Bankruptcy Record on Appeal for this case was docketed on 5/22/06. The Court orders the following briefing schedule: Appellant's Brief due on 9/29/06. Appellee's Response due on 10/12/06. Appellant's Reply due on 10/26/06. The Court will rule by mail.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.